Allen H. VOSS, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 12006.

United States Court of Appeals
Sixth Circuit.

Feb. 26, 1954.

Ward Hudgins, Nashville, Tenn., for appellant.

Fred Elledge, Jr., Nashville, Tenn., for appellee.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause came on to be heard upon the record, the briefs of the parties, and the arguments of counsel in open court. Upon due consideration, the judgment of the district court is affirmed on the authority of Brinegar v. United States, 338 U.S. 160, 69 S.Ct. 1302, 93 L.Ed. 1879.

ST. LOUIS FINANCE COMPANY, a
corporation, Appellant,

v.

UNITED STATES of America.

No. 15009.

United States Court of Appeals
Eighth Circuit.

Feb. 9, 1954.

Dubinsky & Duggan and Mr. Sidney W. Horwitz, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., and Robert E. Brauer, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.